**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Anthony VASSALLO, III, Defendant–Appellant.**

**No. 13–10372.**

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 17, 2015.[*]

Filed Feb. 25, 2015.

Jean Hobler, Assistant U.S., USSAC–Office of the U.S. Attorney, Sacramento, CA, for Plaintiff–Appellee.

Quin Anthony Denvir, Davis, CA, for Defendant–Appellant.

Anthony Vassallo, III, Beaumont, TX, pro se.

---

[*] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: O'SCANNLAIN, LEAVY, and FERNANDEZ, Circuit Judges.

MEMORANDUM **

Anthony Vassallo, III, appeals from the district court's judgment and challenges his guilty-plea conviction and 192–month sentence for wire fraud, in violation of 18 U.S.C. § 1343. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Vassallo's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Vassallo the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Vassallo has waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson,* 582 F.3d 974, 986–88 (9th Cir.2009). We accordingly dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

